EMERSON J. CARY, Respondent, *v.* THE MASSACHUSETTS PAPER COMPANY, FRANK RYDER, Appellant.

(Submitted January 31, 1882 ; decided February 28, 1882.)

*Sedgwick, Ames & King* for appellant.

*Waters, McLennan & Dillaye* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

MARTIN TIMAN, Administrator, etc., Respondent, *v.* THOMAS E. KINNEY, Appellant.

(Argued February 10, 1882 ; decided February 28, 1882.)

DECIDED upon the facts.

*William Kernan* for appellant.

*D. C. Stoddard* for respondent.

ANDREWS, Ch. J., reads for affirmance.
All concur, except TRACY, J., who does not vote.
Judgment affirmed.